428 A.2d 251

Ferree et ux., Appellants v. Donora Constr. Co. et al. v. Ringgold School District.

Argued April 10, 1979. Daniel M. Berger, for appellant; Arthur J. Murphy, Jr., for Donora, appellee; James A. Beinkamper, for Ringgold, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Order affirmed.

WIEAND, J., did not participate in the consideration or decision of this case.